IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JENNIFER LYNN RUDIE,

        Plaintiff,

v.

ANDREW M. SAUL,
Commissioner of Social Security

        Defendant.

Case No. 18-cv-562-wmc

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Andrew M. Saul against plaintiff Jennifer Lynn Rudie affirming the Commissioner's decision denying plaintiff's application for disability insurance benefits and supplemental security Income.

| s/ V. Olmo, Deputy Clerk | 12/13/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |